# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141944

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LEONARD ARTHUR STRICKLAND III,
     Defendant-Appellant.

SC: 141944
COA: 298715
Ogemaw CC: 02-002027-FH

_____/

     On order of the Court, the application for leave to appeal the September 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

Clerk

y0321